In the Matter of WILLIAM T. RUSHFORD et al., Appellants and Respondents, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents and Appellants.

Reargued May 23, 1939; decided June 2, 1939.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *William S. Gaud, Jr.,* of counsel), for defendants, respondents and appellants.

*Harold Riegelman, H. H. Nordlinger* and *Jacob M. Dinnes* for Citizens Budget Commission, Inc., *amicus curiæ.*

*Irving H. Saypol, Laurence Arnold Tanzer* and *Leo Kotler* for petitioners, appellants and respondents.

Upon reargument, order affirmed, without costs; no opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., O'BRIEN and FINCH, JJ. Upon the reargument CRANE, Ch. J., is convinced that the meaning of section 68 of the charter is correctly stated in the dissenting opinion of FINCH, J. (See 280 N. Y. 223.)